

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00113-CR

BYRON DOUGLAS BRIGHAM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 31265

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Appellant Byron Douglas Brigham was convicted of possession of a controlled substance and was sentenced to two years' confinement. On September 27, 2018, Brigham's court-appointed appellate counsel, Frank R. Hughes, III, filed an *Anders*[1] brief, and on October 5, 2018, Brigham filed his pro se motion for access to the record. Pursuant to *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014), we are now required to enter an order specifying the procedure to be followed to ensure Brigham's access to the record. This order is intended to accomplish that goal.

Hughes advised this Court that on October 9, 2018, he mailed a complete paper copy of the appellate record to Brigham. Allowing a generous fifteen days for that record to be delivered to Brigham and giving Brigham thirty days to prepare and file his pro se response, we hereby set November 26, 2018, as the deadline for Brigham to file his pro se response to Hughes' *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE: October 10, 2018

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).